UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/11/2015_

ELMER MOCK,

                    Plaintiff,

        -against-                                    14 Civ. 09048 (AT)(MHD)


FAIRFIELD RESIDENTIAL COMPANY, LLC,                        **ORDER**

                    Defendant.
_____

ANALISA TORRES, District Judge:

        Dismissal of this case is conditioned upon the Court finding the settlement agreement to be
"fair and reasonable." *Cheeks v. Freeport Pancake House, Inc.*, No. 14-299-CV, 2015 WL
4664283, at *6 (2d Cir. Aug. 7, 2015). Accordingly, by **August 24, 2015,** the parties are directed
to submit the proposed settlement agreement for the Court's approval.

        SO ORDERED.

Dated: August 11, 2015
        New York, New York


                                        _____
                                             ANALISA TORRES
                                        United States District Judge